# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-1329** | **September Term, 2024** |
| | EPA-HQ-OPP-2011-0668-0057 |
| | EPA-HQ-OPP-2011-0668-0133 |
| | EPA-HQ-OPP-2011-0668-0134 |
| | EPA-HQ-OPP-2011-0668-0135 |
| | EPA-HQ-OPP-2011-0668-0136 |
| | EPA-HQ-OPP-2011-0668-0137 |
| | EPA-HQ-OPP-2011-0668-0138 |
| | EPA-HQ-OPP-2011-0668-0139 |
| | EPA-HQ-OPP-2011-0668-0140 |
| | EPA-HQ-OPP-2011-0668-0141 |
| | EPA-HQ-OPP-2011-0668-0142 |
| | EPA-HQ-OPP-2011-0668-0143 |
| | EPA-HQ-OPP-2011-0668-0144 |
| | EPA-HQ-OPP-2011-0668-0145 |
| | EPA-HQ-OPP-2011-0668-0146 |

**Filed On:** May 6, 2025

Center for Biological Diversity and Center for Food Safety,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

## O R D E R

Upon consideration of the unopposed motion for voluntary dismissal, it is

**ORDERED** that the motion be granted and this petition be dismissed.

The Clerk is directed to issue the mandate forthwith to the agency.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                        Emily Campbell
                        Deputy Clerk