# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1329**  **September Term, 2024**

**EPA-HQ-OPP-2011-0668-0142**
**EPA-HQ-OPP-2011-0668-0143**
**EPA-HQ-OPP-2011-0668-0133**
**EPA-HQ-OPP-2011-0668-0144**
**EPA-HQ-OPP-2011-0668-0134**
**EPA-HQ-OPP-2011-0668-0145**
**EPA-HQ-OPP-2011-0668-0057**
**EPA-HQ-OPP-2011-0668-0135**
**EPA-HQ-OPP-2011-0668-0146**
**EPA-HQ-OPP-2011-0668-0136**
**EPA-HQ-OPP-2011-0668-0137**
**EPA-HQ-OPP-2011-0668-0138**
**EPA-HQ-OPP-2011-0668-0139**
**EPA-HQ-OPP-2011-0668-0140**
**EPA-HQ-OPP-2011-0668-0141**

**Filed On: May 6, 2025** [2114450]

Center for Biological Diversity and Center for Food Safety,

      Petitioners

   v.

Environmental Protection Agency,

      Respondent

## **M A N D A T E**

In accordance with the order of May 6, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

BY:   /s/
        Emily K. Campbell
        Deputy Clerk

Link to the order filed May 6, 2025